FRE 408 – For Discussion Purposes – Subject to Client Approval

## AGREEMENT

This document specifies the terms of an agreement on retiree insurance matters between AK Steel (the "Company") and International Union, United Automobile, Aerospace and Agricultural Implement Workers of America and its Local 600 (together, the "UAW" or the "Union"). This agreement is part of and contingent upon a successor CBA (the "2018 CBA") being ratified prior to December 15, 2017. *See* Tentative Agreement signed by the parties on _____.

## PART A – CLASS SETTLEMENT

1. A class action lawsuit will be filed on or before December 29, 2017 and diligently prosecuted by the UAW with the participation of appropriate class representatives. Each party will bear its own attorneys' fees and costs. The class shall be comprised of those persons identified in Glossary A as "Retirees" (together, the "Retirees" and/or the "Class"). If the terms of the class settlement described herein (the "Class Settlement") become final and non-appealable ("Final") on or before May 1, 2018, the Class Settlement will be implemented on July 1, 2018 or as soon thereafter as administratively feasible; if the Class Settlement becomes Final on or after May 1, 2018, but before January 1, 2019, then the Class Settlement will be implemented on January 1, 2019 or as soon thereafter as administratively feasible.

2. The terms of the Class Settlement that the UAW and the Company commit herein to agree to seek court approval for (along with the above-referenced Class representatives) shall provide that:

    (a) The benefit plan provided to Retirees (Appendix H, page 1 the Tentative Agreement) and the premiums paid by the Retirees for that benefit plan (Appendix H, page 3 to the Tentative Agreement) will remain fixed for the term of the 2018 CBA. Appendix H is attached hereto and made a part hereof.

    (b) The Company will make three lump sum contributions to the VEBA in the amount of $1 million each on January 1, 2019, January 1, 2020, and January 1, 2021; the Company will also make a quarterly contribution to the VEBA, beginning in the first quarter of 2018, in the amount that equals $250 times the number of hourly employees who are on the Active Roster (see attached Glossary A for definition of Active Roster) at any time during the calendar quarter; quarterly contributions to the VEBA will be made within 30 days following the end of the calendar quarter; the first quarterly contribution therefore will be due on or about April 30, 2018. These quarterly VEBA contributions will be made for all calendar quarters that end during the term of the 2018 CBA and will commence and continue without regard to whether the Class Settlement becomes Final. Also commencing without regard to whether the Class Settlement becomes Final, the VEBA wage deferrals provided for in the 2012 CBA will be eliminated on the effective date of the 2018 CBA and those amounts will not be converted to wages. In addition, and without regard to whether the Class Settlement has become Final, profit sharing deferral to the VEBA shall continue during the term

Exhibit 2

FRE 408 – For Discussion Purposes – Subject to Client Approval  (TA) *HRCuper* 12-11-17

*SD* 12-11-17
*MP*
*HN,*
*MB*
*PS*

of the 2018 CBA using the calculation sequence in Appendix B of the Tentative Agreement (10 cents per hour worked deducted from Profit). The parties have prepared a projection of the operation of the VEBA during the term of the 2018 CBA; that projection (which assumes continuance through December 31, 2021) is reflected in Appendix H, Page 4, of the Tentative Agreement.

(c) The agreed upon Company Annual Caps/Maximum Company Contributions (Appendix H, page 2 to the Tentative Agreement) (Proposed New Caps) will continue for Retirees both during and beyond the term of the 2018 CBA, notwithstanding the termination or modification of the 2018 CBA or of any subsequent CBA, unless otherwise mutually agreed to by the Company and the Union; all other settlement terms (including but not limited to the VEBA funding set forth in paragraph 2(b) above) of the Class Settlement (except those set forth in Paragraph 4 below) will expire with the 2018 CBA.

(d) The Class Settlement will be binding upon the successors and assigns of the Company.

(e) The UAW will be authorized in the Class Settlement to bargain and mutually agree with the Company as to all matters related to retiree healthcare with respect to Retirees.

(f) To determine the gross equivalent monthly premium rates for pre-Medicare retiree health benefits, the Company will use the following methodology:

(i) The rates will be based entirely on 24 months of historical medical, prescription drug, dental and vision claims experience that is specific to the Retirees (and to the exclusion of non-Dearborn AK Steel retirees);

(ii) The oldest 12 months of experience will be given 33% weight and the most recent 12 months of experience will be given 67% weight in the calculation of the per member per month (PMPM) claims cost;

(iii) The expected PMPM claims cost for the coming period will be projected using national health care inflationary trend factors provided by the actuary. Note that these trend factors will not be developed based uniquely on Retirees claim experience;

(iv) To the expected PMPM claims cost, the actuary will add an additional amount to cover the cost of fees for claims processing and other administrative services using the actual fees in effect at the time the rates are made. No adjustment for potential increases in said fees during the coming period will be made. Note that the fees for administrative services by the claims administrators apply to all AK Steel groups and so the Retirees will enjoy the benefit of group purchasing in this regard.

(v) The actuary will add additional amounts to cover costs of:

12-11-17 FRE 408 – For Discussion Purposes – Subject to Client Approval    KRGuyer 12-11-17

    (1) The stop loss arrangement described in item 2(f)(vii).

    (2) Any additional charge levied against the plan by a governmental authority, e.g., the Patient Centered Outcomes Research Institute (PCORI) fee imposed by the Affordable Care Act.

  (vi) The actuary will apply a credit to reflect the value of any expected prescription drug rebates applicable to the Retirees to be received by the Company during the coming period.

  (vii) To mitigate the impact of catastrophic claims experience, the actuary will employ a specific stop loss technique in the rate setting process as follows:

    (1) The cost of any individual participant's medical claims in excess of $100,000 and/or prescription drug claims in excess of $50,000 during one of the 12 month periods will be excluded from the claims experience and therefore not considered in the rate making process. Note that these limits apply to each twelve-month period so for example if a participant incurred $500,000 of medical claims in year one and another $500,000 in year two, the formula will exclude $400,000 of claims in each year;

    (2) The actuary will develop a specific stop loss equivalent premium and will include that amount in the premium rate making process;

    (3) The actuary will determine the stop loss premium using a manual rating process and will not consider losses or gains resulting from the stop loss arrangement in setting the stop loss premium rates;

    (4) The actuary's manual rates are updated annually, with a comprehensive review every 3-5 years. Data is provided from multiple sources including insurers, administrators, pharmacy benefit managers, data warehouses, etc. AK Steel's claims experience may be included with this data. If so, it is an insignificant percentage of the total, and is included without adjustment (same as any other employer).

 (g) Premium rates for the fully insured Medicare Advantage PPO plan will be determined by the current carrier or its successor company.

 (h) The methodology described in paragraph 2(f) above will not be modified during the term of the 2018 CBA without the express, written consent of the UAW.

3. The Class Settlement shall also provide that the Company will provide a representative designated by the Union with quarterly reports showing the current balance of the VEBA and the amount of the current quarterly withdrawals, if any, to be made by the Company from the VEBA. The Company will provide support documentation showing the calculations of the amounts to be withdrawn from the VEBA. The Company will also

FRE 408 – For Discussion Purposes – Subject to Client Approval

provide support documentation showing the annual calculations of the Gross Monthly Premium rates as prepared by the actuary. The Company will make a representative available to answer any questions raised by the Union's authorized representative in connection with said calculations.

4. The Class Settlement shall also provide that the following claims will not be extinguished or diminished by the Class Settlement or by performance under it: (a) any claims by existing AK Steel and Severstal retirees as to any alleged vesting of their rights to retiree health insurance under either the 2012 CBA or its predecessor CBAs and (b) any Company claim that such alleged vesting rights do not exist. The Class Settlement shall also provide that any statute of limitations with respect to such claims is tolled from January 1, 2018 to the expiration of the 2018 CBA and that no litigation concerning such claims may be commenced at any time during the term of the 2018 CBA.

5. The Class Settlement shall also provide that the benefit plan and premium structure for retirees set forth in Appendix G, Section 1 (page 115) of the 2012 CBA will remain in place for the calendar year 2018 unless modified effective July 1, 2018 pursuant to the provisions of paragraph 1 above.

## PART B – IF CLASS SETTLEMENT NOT APPROVED

Should the Class Settlement not become Final by January 1, 2019:

1. The following terms and conditions shall apply:

   (a) The Company, the Union and the Class representatives will meet and bargain for a period not to exceed ten calendar days in an effort to reach a mutual agreement concerning the implications of no Final Class Settlement by January 1, 2019.

   (b) Absent a mutual agreement under the preceding sub-paragraph (a), the following terms and conditions apply:

   (i) Retirees who retired prior to January 1, 2019 will remain on the healthcare program established under Appendix G, Section 1 of the 2012 CBA for the remainder of the 2018 CBA;

   (ii) Retirees who retire on or after January 1, 2019 will receive retiree healthcare benefits identical to the proposed Class Settlement described in Part A above for the remainder of the 2018 CBA;

   (iii) The Company and the Union will mutually cooperate with any request by the Plaintiffs to stipulate to or otherwise seek voluntary dismissal of the class action without prejudice, including, if necessitated by F.R.Civ.P. 41, seeking the Court's approval to dismiss the class action without prejudice;

   (iv) VEBA funding set forth in paragraph 2(b) of Part A above will be implemented, but only during the term of the 2018 CBA;

FRE 408 – For Discussion Purposes – Subject to Client Approval

2. In addition, should the Class Settlement not become Final by January 1, 2019, then upon the expiration of the 2018 CBA, the Company, Union, and Retirees who retired prior to January 1, 2019 may exercise any rights they may have under the 2012 CBA or its predecessor CBAs with respect to retiree healthcare, provided that nothing in this Agreement shall affect or be used to defeat any such claim. Consequently, beginning at that time, the Union and/or such Retirees may assert that healthcare benefits are vested under one or more of such CBAs and the Company may assert that no such Retirees have vested healthcare benefits under any such CBAs. Any statute of limitations with respect to such claims will be tolled from January 1, 2018 to the expiration of the 2018 CBA and that no litigation concerning such claims may be commenced at any time during the term of the 2018 CBA. Should any pre-2019 Retirees commence retiree healthcare vesting litigation before the expiration of the 2018 CBA notwithstanding the foregoing provisions of this Part B, the Company will seek dismissal of such litigation as premature and unripe, and the Union will also do so if it is a party to the litigation; should the Company seek dismissal of such litigation as premature and unripe, the Union will not oppose the Company's request for dismissal on that basis.

*[handwritten annotations in top margin: "SD 12-11-17", "MD", "HH", "MB", "RS", and on right "TN XRCqua 12-11-17"]*

FRE 408 – For Discussion Purposes – Subject to Client Approval

## GLOSSARY A

1. **Retiree** is defined as current and future Severstal NA and AK Steel retirees who were hourly employees employed by Severstal NA or its successor AK Steel Corporation on January 30, 2004 or later in the bargaining unit represented by UAW Local 600 and who retired or will retire under the terms of the Retiree Health Care Plan on or after February 1, 2004 and their spouses, surviving spouses, and eligible dependents.

   To be eligible for retirement, the hourly employee must meet the eligibility requirements set forth in the Retiree Health Care Plan, Appendix G, Section 1.A or Section 1.B of the 2012 CBA.

2. **Active Roster** is defined as hourly employees actively at work in the bargaining unit represented by UAW Local 600 at AK Steel, Dearborn Works. Solely for purposes of calculating the VEBA quarterly contribution in accordance with Paragraph 2(b) of the Agreement, and without limiting in any manner practices at the Dearborn Works that otherwise relate to the use, revision, or modification of the Active Roster, employees will be removed from the Active Roster when on leave of absence or layoff after 90 days, or upon quit, discharge, retirement, or death; and, employees will be restored to the Active Roster effective on the first day they return to work from a leave of absence or layoff.

8037122.4

| PLAN FEATURE | Proposed New Plan | | | |
|---|---|---|---|---|
| | PPO Administered by Anthem BCBS and Express Scripts | | Humana Medicare Advantage PPO Plan | |
| Type of Plan | | | | |
| Eligibility: Severstal / AK Steel Retirees | For Pre Medicare Retirees Only | | For Post Medicare Retirees Only | |
| **MEDICAL CARE** | In Network | Out of Network | In Network | Out of Network* |
| Deductible | $500 Single/$1,000 Family | $1,000 Single/$2,000 Family | $100 per Person Combined In and Out of Network | |
| Flat Dollar Copays: | | | | |
| Hospital | Deductible and Coinsurance Apply | Deductible and Coinsurance Apply | $165/day (days 1-5) | 30% |
| Emergency Room (Waived if Admitted) | Deductible and Coinsurance Apply | Deductible and Coinsurance Apply | $65 | $65 |
| Outpatient Surgical | Deductible and Coinsurance Apply | Deductible and Coinsurance Apply | $125 | 30% |
| Urgent Care Center | Deductible and Coinsurance Apply | Deductible and Coinsurance Apply | $35 | 30% |
| Dr. Office Visit - Primary Care | Deductible and Coinsurance Apply | Deductible and Coinsurance Apply | $10 | 30% |
| Dr. Office Visit - Specialist | Deductible and Coinsurance Apply | Deductible and Coinsurance Apply | $35 | 30% |
| Retail Clinic | Deductible and Coinsurance Apply | Deductible and Coinsurance Apply | $10 | 30% |
| Ambulance | Deductible and Coinsurance Apply | Deductible and Coinsurance Apply | $100 | $100 |
| Coinsurance Amounts (percent copays): | 20% | 40% | 0% | 30% |
| Annual Out-of-Pocket Maximum | Applies to deductible and coinsurance amounts for medical services. In and Out of Network Out-of-Pocket Maximums do not cross apply. | | Applies to copays, deductible and coinsurance amounts for medical services. In and Out of Network Out-of-Pocket Maximums do cross apply. | |
| Annual Out-of-Pocket Maximum Amount | $1,500 Single / $3,000 Family | $3,500 Single / $7,000 Family | $3,000 per Person | $5,000 per Person |
| Preventive Care Services | Covered in full without deductible or coinsurance | Not covered | 0% | 30% |
| **PRESCRIPTION DRUGS** | | | | |
| Retail Drug Stores (30 day supply) | National Preferred Formulary | | | |
| Generic Copay | $20 | Not covered | $4 | Not covered |
| Brand Copay | $30 | Not covered | $25 | Not covered |
| Non Preferred Brand | $45 | Not covered | $40 | Not covered |
| Specialty | Included above | Not covered | 33% | Not covered |
| Mail Order (90 day supply) | | | | |
| Generic Copay | $30 | Not covered | $0 | Not covered |
| Brand Copay | $60 | Not covered | $50 | Not covered |
| Non Preferred Brand | $90 | Not covered | $80 | Not covered |
| Prescription Drug Out-of-Pocket Maximum | Not Applicable | Not Applicable | Not Applicable | Not Applicable |

**Dental and Vision**

The company's proposal is to provide dental and vision programs with benefit structures as close to those currently provided by BCBSM as possible, while recognizing that it may not be possible to reproduce every feature of the current plans. The claims administrators will be MetLife for dental and EyeMed for vision care.

## Proposed New Caps

| Plan | Enrollment 1/1/2017 | 2009 Caps | Proposed New Caps |
|---|---|---|---|
| **BCN** | | | |
| Pre Medicare | | | |
| Single | 50 | $ 697.51 | $ 784.00 |
| Two Person | 25 | $ 1,604.25 | $ 1,568.00 |
| Family | 11 | $ 1,813.51 | $ 2,195.20 |
| Medicare Advantage | | | |
| Single | 46 | $ 250.35 | $ 160.00 |
| Two Person | 24 | $ 500.70 | $ 320.00 |
| Family | 1 | $ 751.05 | $ 480.00 |
| Medicare Supplement | | | |
| Single | 11 | $ 445.77 | $ 160.00 |
| Two Person | 0 | $ 891.54 | $ 320.00 |
| Family | 2 | $ 1,337.31 | $ 480.00 |
| **BCBSM** | | | |
| Pre Medicare | | | |
| Single (Regular) | 22 | $ 620.13 | $ 784.00 |
| Two Person | 28 | $ 1,395.32 | $ 1,568.00 |
| Family | 21 | $ 1,622.70 | $ 2,195.20 |
| Medicare Complementary | | | |
| Single (Comp) | 28 | $ 364.13 | $ 160.00 |
| Two Person | 21 | $ 728.24 | $ 320.00 |
| Family | 0 | $ 1,092.37 | $ 480.00 |
| Dental | | | |
| Single | 41 | $ 32.27 | $ 32.25 |
| Two Person | 54 | $ 72.60 | $ 64.50 |
| Family | 25 | $ 90.35 | $ 90.30 |
| Vision | | | |
| Single | 45 | $ 2.60 | $ 2.60 |
| Two Person | 67 | $ 5.86 | $ 5.20 |
| Family | 28 | $ 7.29 | $ 7.28 |
| **Midwest Dental** | | | |
| Single | 13 | $ 49.11 | $ 32.25 |
| Two Person | 19 | $ 49.11 | $ 64.50 |
| Family | 7 | $ 49.11 | $ 90.30 |
| | | | |
| Monthly Cap Value | | $ 249,200.75 | $ 249,247.24 |

APPENDIX H

## 2019 Proposed Premium Rates for Current and Future AK Steel / Severstal Retirees

| Plan | Projected Enrollment [1] | Gross Monthly Premium [2] | | | | Maximum Company Contributions [3] | | | | VEBA Premium [4] | Retiree Premium [5] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Health Care Premium | Dental Premium | Vision Premium | Total | Health Care | Dental | Vision | Total | | |
| **Anthem PPO** | | | | | | | | | | | |
| Pre Medicare | | | | | | | | | | | |
| Retiree | 79 | $ 944.28 | $ 39.53 | $ 2.64 | $ 986.45 | $ 784.00 | $ 32.25 | $ 2.60 | $ 818.85 | $ 118.60 | $ 49.00 |
| Retiree + 1 | 59 | $ 1,888.56 | $ 79.06 | $ 5.28 | $ 1,972.90 | $ 1,568.00 | $ 64.50 | $ 5.20 | $ 1,637.70 | $ 237.20 | $ 98.00 |
| Retiree + Family | 35 | $ 2,643.98 | $ 110.68 | $ 7.39 | $ 2,762.06 | $ 2,195.20 | $ 90.30 | $ 7.28 | $ 2,292.78 | $ 331.28 | $ 138.00 |
| **Humana Medicare Advantage** | | | | | | | | | | | |
| Retiree | 94 | $ 167.54 | $ 39.53 | $ 2.64 | $ 209.71 | $ 160.00 | $ 32.25 | $ 2.60 | $ 194.85 | $ 4.86 | $ 10.00 |
| Retiree + 1 | 49 | $ 335.08 | $ 79.06 | $ 5.28 | $ 419.42 | $ 320.00 | $ 64.50 | $ 5.20 | $ 389.70 | $ 9.72 | $ 20.00 |
| Retiree + Family | 3 | $ 502.62 | $ 110.68 | $ 7.39 | $ 620.70 | $ 480.00 | $ 90.30 | $ 7.28 | $ 577.58 | $ 13.12 | $ 30.00 |
| Monthly Value | | | | | $ 333,129 | | | | $ 280,705 | $ 35,931 | $ 16,493 |

**Notes:**

1. Assumes 10% annual enrollment growth
2. These are 2018 Gross Monthly Premium rates delivered by Willis Towers Watson and Humana for 2018 and should be considered illustrative for 2019.
3. These Maximum Company Contribution premium rates are firm. The Monthly Value assumes 10% annual enrollment growth
4. Calculated as Gross Monthly premium, minus Maximum Company Contribution, minus retiree contribution. These rates also are to be considered illustrative since the 2019 Gross Monthly Premium rates are not known as of this date.
5. Retiree contributions are fixed at the amount shown for the duration of the contract. The contribution includes medical, dental and vision.

**APPENDIX H**

VEBA Projection - 11/22/17

|  | No Benefit Change | | "Ernie" plan takes effect | |
|---|---|---|---|---|
|  | 2018 | 2019 | 2020 | 2021 |
| Number of Retirees | 310 | 341 | 375 | 413 |
|  |  |  |  |  |
| Annual Gross Cost [1] | ($4,397,676) | ($4,744,872) | ($5,584,714) | ($6,573,209) |
|  |  |  |  |  |
| VEBA Balance Beginning of Period [2] | $ 613,018 | $ 240,996 | $ 1,598,338 | $ 2,511,059 |
| Lump Sum Company Contribution | $ - | $ 1,000,000 | $ 1,000,000 | $ 1,000,000 |
| Quarterly Contributions | $ 1,150,000 | $ 1,150,000 | $ 1,150,000 | $ 1,150,000 |
| Annual Company Cap [3] | $ 2,875,654 | $ 3,732,579 | $ 4,105,837 | $ 4,516,421 |
| Retiree Contributions [4] | $ - | $ 219,635 | $ 241,598 | $ 265,758 |
| Total offsets | $ 4,638,672 | $ 6,343,210 | $ 8,095,773 | $ 9,443,238 |
|  |  |  |  |  |
| VEBA Balance End of Period | $ 240,996 | $ 1,598,338 | $ 2,511,059 | $ 2,870,029 |

Notes:
1. Years 2019 -2021 assume annual 10% retiree enrollment growth and 7% medical inflation.
2. 2018 VEBA balance beginning of period reflects the value of the remaining credit of $606,618 and $6,400 previously
3. Also referred to as Maximum Company Contribution. Annual value increases due to 10% retiree enrollment growth
4. Annual value increases only due to 10% retiree enrollment growth.

## APPENDIX G

## RETIREE HEALTH CARE PLAN

Retirees from the Company and their surviving spouses, who are not eligible for Medicare and who satisfy the following requirements, will be allowed to participate in the Program as referenced in Appendix F.

**Section 1.**      **Retiree Health Care**

A.     Regular Retiree:

1. The retiree has attained age 55 and accrued 15 years of combined seniority service with the Company and Rouge;

2. The retiree has accrued at least the following amounts of seniority service with the Company:

   a. Five years if the retiree was less than age 60 on the date of closing;

   b. Three years if the retiree was between ages 60 and 62 on the date of the closing; or

   c. Two years if the employee was over age 62 on the date of the closing.

3. The retiree is not otherwise eligible for retiree health care benefits from Ford Motor Company.

B.     Disabled Retiree:

1. The retiree is found unable to work at any regular job for pay by both the employee's personal physician and the Company physician, or, in the case of a disagreement, by an impartial examiner at the Company's expense;

2. The retiree has accrued 15 years of combined seniority service with the Company, Rouge Steel Company and Ford Motor Company; and

3. The retiree is not otherwise eligible for retiree health care benefits from Ford Motor Company.

The Company shall pay the annual premium cost under the Program for each retiree and for each spouse of a retiree; provided, however, that in no event shall the Company's annual premium cost exceed the premium cost for the 2009 calendar year (the "Annual Cap"). In the event the annual premium exceeds the Annual Cap, the retiree and/or the surviving spouse shall be required to pay the difference between the annual premium and the Annual Cap (the "Premium Short Fall") and the Company shall have no liability with respect to the Premium Short Fall. Each year, the annual premium to be paid by the retiree and/or surviving spouse, consistent with the foregoing, shall be determined by the Company. The Company will determine premiums separately for the non-Medicare eligible participants and for the Medicare eligible participants.

**APPENDIX G**                                            **RETIREE HEALTH CARE PLAN**

Medicare-eligible Severstal retirees and their Medicare-eligible dependents currently enrolled in the Blue Care Network plan option will be transitioned to the Blue Care Network group Medicare Advantage plan and must provide proof of Medicare Part B enrollment. Non-Medicare family members will remain in the Blue Care Network HMO.

Medicare-eligible retirees and dependents residing in Michigan and currently enrolled in the PPO plan option will continue to participate in the PPO until the Blue Cross group Medicare Plus Plan takes effect. At the time of their transition to the Medicare Plus Plan, retirees and dependents must provide proof of Medicare Part B enrollment.

Medicare-eligible retirees and dependents residing outside of Michigan will remain in the PPO or Blue Care Network plan option.

**Section 2.       VEBA Funding**

Commencing on January 1, 2009, $0.10 per hour worked shall be deferred from the Profit Sharing Plan for Hourly Employees and contributed to a qualified Voluntary Employees' Beneficiary Association ("VEBA"), to defray post-employment health care costs for retirees, e.g. costs over the Annual Cap borne by retirees and Medicare Part B reimbursement. The Company will assume the start-up and day-to-day costs of VEBA administration.

Commencing with April 7, 2014, the Union agreed to defer a portion of the base wage increase each contract year as follows into the VEBA for funding retiree health care:

| Negotiated Increase | 3% | 3.5% | | 3% | | 3% | |
|---|---|---|---|---|---|---|---|
| Breakdown: (Increase and VEBA Deferral) | | (2.5% & 1.0%) | | (2.5% & 0.5%) | | (2.5% & 0.5%) | |
| | 2012 | 2013 | 2014 | 2014 | 2015 | 2015 | 2016 | 2016 |
| Grade | Base Rate | Base Rate | Base Rate | VEBA | Base Rate | VEBA | Base Rate | VEBA |
| 100 | 16.885 | 17.39 | 17.83 | 0.17 | 18.27 | 0.09 | 18.73 | 0.09 |
| 200 | 18.560 | 19.12 | 19.60 | 0.19 | 20.09 | 0.10 | 20.59 | 0.10 |
| 300 | 20.545 | 21.16 | 21.69 | 0.21 | 22.23 | 0.11 | 22.79 | 0.11 |
| 400 | 21.660 | 22.31 | 22.87 | 0.22 | 23.44 | 0.11 | 24.03 | 0.12 |
| 500 | 23.075 | 23.77 | 24.36 | 0.24 | 24.97 | 0.12 | 25.60 | 0.13 |